UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DALY BOULEVARD ASSOCIATES, L.P.,

    Plaintiff,

    v.

CECIL GONZALES,

    Defendant.

Case No. 14-cv-04213-JCS

**ORDER GRANTING APPLICATION TO SHORTEN TIME**

Re: Dkt. No. 6

This is an unlawful detainer case that Defendant Cecil Gonzales removed to this Court from the California Superior Court for the County of San Mateo. Defendant's Notice of Removal claims that this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, but failed to include complete copies of Plaintiff's Complaint or Defendant's Demurrer in the state court proceedings.

Plaintiff John Daly Boulevard Associates, L.P., has moved to remand to state court and applied ex parte to shorten time for a hearing on its Motion. This Court has reviewed the Complaint and Demurrer, attached as exhibits to Plaintiff's Motion, and finds good cause to shorten time for a hearing. **Accordingly, the parties are hereby ORDERED to appear on October 17, 2014 at 9:30 a.m. in Courtroom G on the 15th floor of the San Francisco courthouse, located at 450 Golden Gate Avenue.** Defendant may file an opposition to Plaintiff's Motion to Remand no later than Wednesday, October 15, 2014. If Plaintiff has arguments in reply, it may present them orally at the hearing.

Defendant, proceeding pro se, may wish to seek free limited legal assistance from the Legal Help Center by calling the appointment line at (415) 782-8982 or signing up for an appointment in the appointment book located outside the door of the Help Center, located at the San Francisco courthouse at 450 Golden Gate Avenue on the 15th Floor, Room 2796.

1  Appointments are held Monday through Friday at various times throughout the day.  Defendant
2  can speak with an attorney who will provide basic legal help, but not legal representation.
3  **IT IS SO ORDERED.**
4  Dated: October 7, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge