UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DALY BOULEVARD ASSOCIATES, L.P.,

    Plaintiff,

    v.

CECIL GONZALES,

    Defendant.

_____/

No. C 14-04213 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER REMANDING CASE**

The court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation regarding plaintiff's motion to remand. Defendant filed no objections within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion to remand the case to the Superior Court of California, County of San Mateo, is GRANTED. Plaintiff's motion for attorney's fees is DENIED.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge